THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Timothy Eric Barr                      CASE No. 09-50267
                                                       Chapter 7
                                                       Honorable Marci B. McIvor

                       Debtor(s)          /

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $.56 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a). The name(s) of the Party(ies) entitled to these unclaimed dividends are as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Mammouth Video | 1 | $.56 |
| | | |
| **TOTAL** | | **$.56** |

Dated: October 14, 2010                        /s/ Kenneth A. Nathan
                                                                  Kenneth A. Nathan, Trustee
                                                                   260 Franklin Center
                                                                   29100 Northwestern Highway
                                                                   Southfield, MI 48034
                                                                   (248) 351-0099
                                                                   knathantrustee@nathanzousmer.com